[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-15552
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 21, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00949-CV-T-MAP

MORNINGSTAR HEALTHCARE, LLC,

Plaintiff-Appellant,

versus

GREYSTONE & CO., INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 21, 2008)

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's awarding of fees and costs to Greystone & Co., Inc., when it prevailed on its summary judgment motion in Morningstar Healthcare, LLC's suit against Greystone on a breach of contract claim. Morningstar concedes the order granting fees and costs should be affirmed if its appeal from the granting of summary judgment is unsuccessful. Because we affirmed the district court's summary judgment order in the companion case *Morningstar Healthcare, LLC v. Greystone & Co., Inc.*, 07-14829, the order awarding fees and costs to Greystone is also **AFFIRMED**.